Argued and submitted April 17, reversed and remanded for reconsideration August 28, 1991

In the Matter of the Compensation of
Audrey L. Yakes, Claimant.

Audrey L. YAKES,
*Petitioner,*

*v.*

NEW ENGLAND FISH CO.,
and Cigna Insurance Companies,
*Respondents.*

(WCB 89-01405; CA A66761)

816 P2d 694

J. Michael Casey and Doblie & Associates, Portland, filed the brief for petitioner.

Craig A. Staples, Portland, argued the cause for respondents. With him on the brief was Roberts, Reinisch, MacKenzie, Healey & Wilson, P.C., Portland.

Before Richardson, Presiding Judge, and Joseph, Chief Judge,* and Deits, Judge.

PER CURIAM

Reversed and remanded for reconsideration. *Jones v. OSCI,* 108 Or App 230, 814 P2d 558 (1991).

---

* Joseph, C. J., *vice* Newman, J.